| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | One Maritime Plaza, Suite 300 |
| 3 | San Francisco, CA 94111 |
| | Telephone: +1.415.954.0200 |
| 4 | Facsimile: +1.415.393.9887 |
| | Email: mgoodman@ssd.com |
| 5 | Email: dgabianelli@ssd.com |
| 6 | Attorneys for Defendants |
| | BAYER CORPORATION, |
| 7 | BAYER HEALTHCARE LLC, |
| | BAYER HEALTHCARE PHARMACEUTICALS INC., and |
| 8 | MCKESSON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE FOSTER, | No. C 09-5708 BZ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS |
| vs. | |
| BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; BERLEX LABORATORIES, INC.; BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; MCKESSON CORPORATION and DOES 1 through 10, Inclusive, | |
| Defendants. | |

WHEREAS, on October 1, 2009, the Judicial Panel on Multidistrict Litigation ("JPML") ordered the transfer of thirty-two marketing, sales practices, and products liability actions involving Yasmin® and YAZ® to MDL-2100, titled *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, in the United States District Court for the Southern District of Illinois - see Exhibit A hereto;

1     WHEREAS, the parties agree that this action is a tag-along action subject to transfer to the MDL;

3     WHEREAS, the requested stay will serve the interests of judicial economy and fairness to the parties, and will avoid wasting this Court's resources, because the MDL court will soon address common pretrial issues in these related Yasmin®/YAZ® actions;

6     NOW, THEREFORE, the parties, through their respective counsel of record, agree and stipulate as follows:

8     All proceedings, including but not limited to any date to respond to the complaint, any case management deadlines, any Rule 26 disclosure obligations and all other dates and deadlines are hereby **STAYED** pending transfer to the MDL proceeding that has been established in the United States District Court for the Southern District of Illinois and all pending dates and deadlines are **VACATED**.

IT IS SO STIPULATED.

Dated: Dec. 18, 2009

| ROBINSON, CALCAGNIE & ROBINSON | SQUIRE, SANDERS & DEMPSEY L.L.P. |
|---|---|
| /s/ Daniel S. Robinson | /s/ David A. Gabianelli |
| Daniel S. Robinson | David A. Gabianelli |
| Attorneys for Plaintiff ROXANNE FOSTER | Attorneys for Defendants BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE PHARMACEUTICALS INC., and MCKESSON CORPORATION |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
3  DATED: __December 22, 2009         _____
                                      HONORABLE BERNARD ZIMMERMAN
4                                     United States Magistrate Judge

5  SANFRANCISCO/329420.1